# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| RASHEIK AMOND HARRIS, | ) |
| Movant, | ) ) ) |
| v. | )   No. 1:22-cv-00049-SNLJ |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on movant Rasheik Amond Harris's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Docket No. 1). Upon review of the motion, the Court notes that movant has failed to sign it. Rule 2(b)(5) of the Rules Governing § 2255 Proceedings for the United States District Courts requires that all § 2255 motions be signed under penalty of perjury. Additionally, Rule 11 of the Federal Rules of Civil Procedure requires an unrepresented party to personally sign all of his pleadings, motions, and other papers, and directs courts to "strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention."[1]

The Court will therefore order movant to correct this omission. To facilitate this, the Clerk of Court will be directed to send to movant a copy of his 28 U.S.C. § 2255 motion. Movant is ordered to sign and date the motion at the appropriate location on page 16 of 19. After signing and dating the motion, movant must return it to the Court within **thirty (30) days** of the date of this order. Failure to comply may result in the dismissal of this motion.

---

[1] Rule 12 of the Rules Governing Section 2255 Proceedings in the United States District Courts provides: "The Federal Rules of Civil Procedure . . . to the extent they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to movant a copy of Docket No. 1, which is movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that movant must return his **signed** motion within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that failure to comply with this order may result in the dismissal of the motion pursuant to Fed. R. Civ. P. 41(b).

Dated this 19th day of April, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE